**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Shank, | No. CV-19-04638-PHX-ROS (JFM) |
| Plaintiff, | **ORDER** |
| v. | |
| Corizon Incorporated, et al., | |
| Defendants. | |

On December 23, 2020, the Court ordered Corizon and Corizon employees to "provide Plaintiff updated discovery responses regarding emails" by January 6, 2021. (Doc. 93 at 4). Corizon and Corizon employees were also ordered to file "a statement explaining which emails were provided to Plaintiff" and, if no emails were provided, a declaration "explaining why no emails were available for production." (Doc. 93 at 4). Corizon and Corizon employees now seek an extension of the January 6 deadline. (Doc. 96 at 1).

According to Corizon and Corizon employees, an extension is needed because they recently conducted an "extensive email search" and they need additional time to "review these search results." (Doc. 96 at 1). Previously, Corizon and Corizon employees represented they do not have "any email records in their possession, custody, or control." (Doc. 89 at 2). It is unclear if that assertion was knowingly incorrect or if there is some other explanation. Therefore, the Court will grant the requested extension of time but, when filing their explanation regarding which emails were produced to

Plaintiff, Corizon and Corizon employees must include an explanation regarding the accuracy of the representation in Doc. 89 that they did not have "any email records in their possession, custody, or control." *See* Fed. R. Civ. P. 11(b) (requiring "factual contentions have evidentiary support").

Finally, Corizon and Corizon employees have filed a "Notice of Errata and Motion to Strike Answer and Motion for Summary Judgment on Behalf of Defendant David Shinn." (Doc. 94). That document explains counsel for Corizon and Corizon employees do not, in fact, represent Defendant David Shinn. Therefore, the portions of the answer and motion for summary judgment filed by that counsel allegedly on behalf of David Shinn were done in error. The motion will be granted to the extent the Court will not consider the portions of the answer and motion for summary judgment (Doc. 7, 73) addressing David Shinn.

Accordingly,

**IT IS ORDERED** the Motion to Strike (Doc. 94) is **GRANTED IN PART** as explained above.

**IT IS FURTHER ORDERED** Motion for Extension of Time (Doc. 96) is **GRANTED**. Corizon and Corizon employees have until **January 13, 2021**, to provide discovery responses to Plaintiff and file an explanation on the docket.

Dated this 7th day of January, 2021.

Honorable Roslyn O. Silver
Senior United States District Judge